```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

BILLY FEDDERSEN                  §
                                 §
VS.                              §   CIVIL ACTION NO.4:08-CV-752-Y
                                 §
MICHAEL J. ASTRUE,               §
COMMISSIONER OF SOCIAL SECURITY  §

```
               ORDER ADOPTING MAGISTRATE JUDGE'S
            FINDINGS, CONCLUSIONS, AND RECOMMENDATION
```

On June 2, 2010, the United States Magistrate Judge issued his findings, conclusions, and recommendation in the above-styled and numbered cause ("the findings"). An order issued that same day and gave all parties until June 23, 2010, to serve and file with the Court written objections to the findings. Neither party has filed objections. Thus, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the findings for plain error and has found none. After consideration of this matter, the Court finds that the findings should be and are hereby ADOPTED as the findings and conclusions of this Court.

It is, therefore, ORDERED that the decision of the Commissioner is AFFIRMED.

SIGNED June 29, 2010.

```
                              _____
                              TERRY R. MEANS
                              UNITED STATES DISTRICT JUDGE
```